IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BOBBY DEWAYNE FELDER,** | Case No. 2:22-cv-01702-JDP |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **M. BREWER, et al.,** | |
| Defendants. | |

Having reviewed Defendants' motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the post-screening ADR project is GRANTED;

2. The stay of this action is LIFTED forthwith; and

3. The Court will issue a separate discovery and scheduling order.

IT IS SO ORDERED.

Dated:   April 25, 2023                                    _____
                                                                                    JEREMY D. PETERSON

1      UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28