UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DEWAYNE FELDER,<br><br>Plaintiff,<br><br>v.<br><br>M. BREWER, et al.,<br><br>Defendants. | Case No. 2:22-cv-01702-WBS-JDP (PC)<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 14, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 14, 2024, ECF No. 30, are adopted in full;

1

2. Defendants' motion for summary judgment, ECF No. 28, is granted;

3. Plaintiff's claims are dismissed under the favorable termination rule; and

4. The Clerk of Court is directed to close the case.

Dated: June 25, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE